FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 20 AM 10: 54

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EDWARD BARBER

VS.                                              CV606-5

REGIONAL DIRECTOR JOHNNY
SIKES, DEPUTY WARDEN JOHN
PAUL, STEVE ROBERTS, SGT.
BLACK, SGT. WALKER, DEBBIE
CROWS, and LT. BREWTON

## ORDER

The appeal in the above-styled action having been dismissed as frivolous, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _20_ day of July, 2006.

_____
Judge, United States District Court
Southern District of Georgia